**PERLMAN FOX, LLP**
SCOTT D. PERLMAN, ESQ. (SB #128124)
1430 Truxtun Avenue, Suite 720
Bakersfield, California 93301
Telephone (661) 328-1986
Facsimile (661) 328-1991

FILED
SEP 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND; BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST; AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> VILLA ELECTRIC INC., a California corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO: 1:07-CV-00576-OWW-DLB <br><br> **JUDGMENT** |

In the above-entitled case, plaintiffs, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND; BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST; AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST, ("TRUSTEES"), have stipulated that judgment be entered in favor of plaintiffs for the sum of $142,811.68.

IT IS HEREBY JUDGED, ORDERED AND DECREED that judgment be entered in favor

of plaintiffs for $142,811.68 pursuant to the terms of the settlement stipulated to by plaintiffs and defendant. The judgment entered pursuant to this Stipulation shall accrue interest. The court retains jurisdiction over the parties at their request in order to enforce the settlement until performance in full of its terms.

Dated: 9-26- , 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

**JUDGMENT**